IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA K. RICHARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| US AIRWAYS, INC., et al | : | NO. 09-4344 |

## ORDER

**AND NOW**, this 26th day of January, 2011, upon consideration of the "Motion of Defendant Francisco Jose Burgos to Dismiss Plaintiff's Complaint" (Doc. No. 23), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
Mitchell S. Goldberg, J.